UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on May 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Louis Farina

| | |
|---|---|
| Case No.: | 13-18864 |
| Hearing Date: | 5/23/2017 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER DENYING MOTION

## WITHOUT PREJUDICE FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 25, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____4/12_____, 20 _17_ by _A. Crew Schielke_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-18864-MBK
Louis Farina                                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 25, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2017.
db              +Louis Farina,    PO Box 4361,    Wayne, NJ 07474-4361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
      A. Crew Schielke    on behalf of Creditor    Hilltop Farm Condominium Association, Inc.
       crew@crewschielke.com
      Albert Russo    docs@russotrustee.com
      Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
      Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com
      Andrew L. Spivack    on behalf of Creditor    America's Servicing Company, as servicer Bank of
       America, N.A. nj.bkecf@fedphe.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association
       bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to
       Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Elizabeth L. Bancroft    on behalf of Debtor Louis Farina njbankruptcylaw@att.net
      Gavin N. Stewart    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
       U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed
       Certificates Series 2007-1 BKNJ@buckleymadole.com
      Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC
       NJ_ECF_Notices@buckleymadole.com
      Melissa N. Licker    on behalf of Creditor    U.S. Bank National Association
       NJ_ECF_Notices@buckleymadole.com
      Steven K. Eisenberg    on behalf of Creditor    Specialized Loan Servicing LLC
       bkecf@sterneisenberg.com,
       jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
      Steven K. Eisenberg    on behalf of Creditor    PennyMac Holdings, LLC bkecf@sterneisenberg.com,
       jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
      William M. E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                    TOTAL: 15