Last Revised 12/1/11

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:

Farina, Louis
_____
Debtor(s)

Case No. **2:13-bk-18864**
Judge _____
Chapter **13**

## AMENDED CHAPTER 13 PLAN AND MOTIONS

[ ] Original     [x] Modified/Notice Required     [ ] Discharge Sought

[ ] Motions Included     [ ] Modified/No Notice Required     [X] No Discharge Sought

Date: May 31, 2017

THE DEBTOR HAS FILED FOR RELIEF UNDER CHAPTER 13
OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM

**Part 1: Payment and Length of Plan**

a. The Debtor shall pay $ **783.00** per **month** to the Chapter 13 Trustee, starting on ___**June 1, 2017**___ for approximately 11 months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
   [X] Future Earnings
   [ ] Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
   [ ] Sale of real property
       Description:
       Proposed date for completion: _____

   [ ] Refinance of real property
       Description:
       Proposed date for completion: _____

   [ ] Loan modification with respect to mortgage encumbering property
       Description:
       Proposed date for completion: _____

d. [ ] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. [ ] Other information that may be important relating to the payment and length of plan:

**Part 2: Adequate Protection**

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to _____ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| NJ Division Of Taxation | Taxes | 508.75 |

### Part 4: Secured Claims

**a. Curing Default and Maintaining Payments**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Specialized Loan Servicing, LLC | House - 14 Old Nwk Pompton Twp, Wayne, NJ 07474 | 7,055.00 | 0.00% | 7,055.00 | 0.00 |
| Wells Fargo Bank Nv Na | House - 118 Harvest Lane, Lincoln Park, NJ 07035 | 612.45 | 0.00% | 612.45 | 0.00 |
| US Bank National Assoc. | 124 Lincoln Ave. Seaside Heights, NJ | 3260.98 | | 3260.98 | |

**b. Modification**

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

> NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Hilltop Farm Condominium Association | House - 118 Harvest Lane, Lincoln Park, NJ 07035 | 13,289.73 | 238,000.00 | 228,592.72 | 9,407.28 | 0.00% | 13,289.73 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

2

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| None | | | |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:
**Specialized Loan Servicing, LLC**
**US Bank Home Mortgage**
**Wells Fargo Home Mortgage**

**e. Secured Claims to Be Paid in Full Through the Plan**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| Hilltop Farm Condominium Association | House - 118 Harvest Lane, Lincoln Park, NJ 07035 | 13,289.73 |

## Part 5: Unsecured Claims

**a. Not separately classified** Allowed non-priority unsecured claims shall be paid:

___ Not less than $ _____ to be distributed pro rata
___ Not less than _____ percent
_X_ Pro rata distribution from any remaining funds

**b. Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| None | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| None | | |

## Part 7: Motions

3

> NOTE: All plans containing motions must be served on all potentially affected creditors, together with a Chapter 13 Plan Transmittal Letter, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Proof of Service must be filed with the Clerk of Court when the Plan and Transmittal Letter are served.
>
> Where a motion to avoid liens or partially avoid liens has been filed in the plan, a proof of claim filed that asserts a secured claim that is greater than the amount to be paid in the plan serves as opposition to the motion, and serves as an objection to confirmation. The proof of claim shall be served in accordance with D.N.J. LBR 3015-6(a). The creditor shall file a proof of service prior to the scheduled confirmation hearing. In order to prosecute the objection, the creditor must appear at the confirmation hearing, which shall be the hearing on the motion. Failure to appear to prosecute the objection may result in the motion being granted and the plan being confirmed pursuant to the terms as set forth in the plan.

a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured.

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| None | | |

c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| None | | | |

Part 8: Other Plan Provisions

a. Vesting of Property of the Estate

  X  Upon Confirmation
  ___ Upon Discharge

b. Payment Notices

Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor

4

notwithstanding the automatic stay.

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:

1) Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

**d. Post-petition claims** The Trustee [ ] is, [X] is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification

If this plan modifies a plan previously filed in this case, complete the information below.

Date of Plan being modified: 11/1/13

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| To address arrears that are being paid inside plan to US Bank National Assoc. | Clarify arrears being paid inside plan. |

Are Schedules I and J being filed simultaneously with this modified Plan? [ ] Yes [X] No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date: May 31, 2017      /s/ Elizabeth L. Bancroft
                        Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 31, 2017      /s/ Louis Farina
                        Debtor

                        _____
                        Joint Debtor

5

United States Bankruptcy Court
District of New Jersey

In re:  
Louis Farina  
    Debtor

Case No. 13-18864-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: May 31, 2017  
                   Form ID: pdf901    Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2017.

```
db              +Louis Farina,    PO Box 4361,    Wayne, NJ 07474-4361
cr              +America's Servicing Company, as servicer Bank of A,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              +PennyMac Holdings, LLC,    Stern & Eisenberg, PC,    1040 North Kings Highway,    Suite 407,
                  Cherry Hill, NJ 08034,    UNITED STATES 08034-1925
cr               Specialized Loan Servicing LLC,    PO Box 829009,    Dallas, TX 75382-9009
cr              +Specialized Loan Servicing LLC, as servicing agent,    c/o Buckley Madole, P.C.,
                  P.O. Box 22408,    Tampa, FL 33622-2408
513879211      #+Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ 07712-7012
513879210      #+Acb Receivables Mngmt,    Po Box 350,    Asbury Park, NJ 07712-0350
515090582       +BANK OF AMERICA, NATIONAL ASSOCIATION,    Americas Servicing Company,
                  Attention: Bankruptcy Department,    MAC#D3347-014,    3476 Stateview Boulevard,
                  Fort Mill, SC 29715-7203
513879212      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
514148725       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
513879213       +Cap One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
513879214       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
513879215       +Chilton Hospital,    97 West Parkway,    Pompton Plains, NJ 07444-1696
513879218       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
513879219       +Hilltop Farm Condominium Association,    C/O Crew Schielke, Esq.,    39 Park Place - Suite 204,
                  Englewood, NJ 07631-2918
513946499       +Hilltop Farm Condominium Association, Inc.,    c/o Wilkin Management Group,    45 Whitney Road,
                  Mahwah, New Jersey 07430-3170
514038975        JPMorgan Chase Bank, N.A.,    National Bankrutcy Dept,    P O Box 901032,
                  Ft Worth TX 76101-2032
513879220       +Jamie Kuchuk,    2611 SW 28th Terrace,    Cape Coral, FL 33914-4702
513879221        Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
515498824       +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,
                  Bankruptcy Dpt., Fifteen Piedmont Center,    3575 Piedmont Road, N.E., Suite 500,
                  Atlanta, GA 30305-1636
514160512      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: NJ Division of Taxation,    Attn: Bankruptcy Section,    P.O. Box 245,
                  Trenton, NJ 08695)
514091207       +Specialized Loan Servicing, LLC,    Attention Bankruptcy Department,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
513879222       +Specialized Loan Servicing, LLC,    P.O. Box 636005,    Littleton, CO 80163-6005
513879223       +The Law Offices Of Angelo R. Bianchi,    4 York Ave, 2nd Floor,    West Caldwell, NJ 07006-6407
514552126       +U.S. Bank National Association,    c/o Zucker Goldberg & Ackerman,
                  200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
516127884      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: U.S. Bank National Association,    c/o U.S. Bank Home Mortgage,
                  A Division of U.S. Bank NA,    4801 Frederica Street,    Owensboro, Kentucky 42301)
513879224       +US Bank Home Mortgage,    4801 Frederica Street,    Owensboro, KY 42301-7441
513879225       +Verizon Wirelss,    2000 Corporate Dr,    Orangeburg, NY 10962-2624
513879226       +Vzw Ne,    Attention: Verizon Wireless Department,    Po Box 3397,    Bloomington, IL 61702-3397
514041817       +Wells Fargo Bank, N.A., AKA Wachovia Mortgage,    a division of Wells Fargo,
                  Attn: Bankruptcy Department,    MAC# T7416-023,    4101 Wiseman Boulevard,
                  San Antonio, TX 78251-4200
513879227       +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 31 2017 23:40:31    U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2017 23:40:30    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
513879217       +E-mail/PDF: creditonebknotifications@resurgent.com May 31 2017 23:36:05    Credit One Bank,
                  Po Box 98873,    Las Vegas, NV 89193-8873
513879216       +E-mail/PDF: creditonebknotifications@resurgent.com May 31 2017 23:36:26    Credit One Bank,
                  Po Box 98875,    Las Vegas, NV 89193-8875
514147549        E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2017 23:36:09
                  LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
514872062        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2017 23:44:04
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
514872063        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2017 23:44:12
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
514032586       +E-mail/Text: csidl@sbcglobal.net May 31 2017 23:40:49    Premier BankCard/Charter,
                  Post Office Box 2208,    Vacaville, CA 95696-8208
                                                                                              TOTAL: 8
```

```
District/off: 0312-3          User: admin            Page 2 of 2                  Date Rcvd: May 31, 2017
                              Form ID: pdf901        Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association
514221306*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,   Department of Treasury,
                 Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
516784213*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:   U.S. Bank National Association,   C/O U.S. Bank Home Mortgage,
                 a division of U.S. Bank NA,   4801 Frederica Street,   Owensboro, Kentucky 42301)
                                                                                             TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2017 at the address(es) listed below:

          A. Crew Schielke    on behalf of Creditor    Hilltop Farm Condominium Association, Inc.
           crew@crewschielke.com
          Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
          Albert Russo    docs@russotrustee.com
          Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    America's Servicing Company, as servicer Bank of
           America, N.A. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to
           Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
           U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed
           Certificates Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association
           bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          Elizabeth L. Bancroft    on behalf of Debtor Louis Farina njbankruptcylaw@att.net
          Gavin N. Stewart    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
           U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed
           Certificates Series 2007-1 BKNJ@buckleymadole.com
          Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC
           NJ_ECF_Notices@buckleymadole.com
          Melissa N. Licker    on behalf of Creditor    U.S. Bank National Association
           NJ_ECF_Notices@buckleymadole.com
          Steven K. Eisenberg    on behalf of Creditor    Specialized Loan Servicing LLC
           bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven K. Eisenberg    on behalf of Creditor    PennyMac Holdings, LLC bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          William M. E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 16