Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  13−18864−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louis Farina
   PO Box 4361
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−5335

Employer's Tax I.D. No.:

## Notice That a Transcript Has Been Filed

     You are Noticed that a Transcript has been filed on 5/31/17. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: May 31, 2017
JAN:

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-18864-MBK
Louis Farina                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: May 31, 2017
                              Form ID: tsntc           Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2017.
db        +Louis Farina,   PO Box 4361,   Wayne, NJ 07474-4361
cr        +America's Servicing Company, as servicer Bank of A,   Phelan Hallinan & Schmieg, PC,
            400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr        +PennyMac Holdings, LLC,   Stern & Eisenberg, PC,   1040 North Kings Highway,   Suite 407,
            Cherry Hill, NJ  08034,   UNITED STATES 08034-1925
cr         Specialized Loan Servicing LLC,   PO Box 829009,   Dallas, TX  75382-9009
cr        +Specialized Loan Servicing LLC, as servicing agent,   c/o Buckley Madole, P.C.,
            P.O. Box 22408,   Tampa, FL 33622-2408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 31 2017 23:40:31      U.S. Attorney,   970 Broad St.,
            Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2017 23:40:30      United States Trustee,
            Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
            Newark, NJ 07102-5235
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          U.S. Bank National Association
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2017 at the address(es) listed below:
              A. Crew Schielke   on behalf of Creditor   Hilltop Farm Condominium Association, Inc.
               crew@crewschielke.com
              Albert Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert Russo   docs@russotrustee.com
              Albert Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack   on behalf of Creditor   America's Servicing Company, as servicer Bank of
               America, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, as Trustee relating to
               Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon   on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent for
               U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed
               Certificates Series 2007-1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association
               bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              Elizabeth L. Bancroft   on behalf of Debtor Louis  Farina njbankruptcylaw@att.net
              Gavin N. Stewart   on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent for
               U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed
               Certificates Series 2007-1 BKNJ@buckleymadole.com
              Melissa N. Licker   on behalf of Creditor   Specialized Loan Servicing LLC
               NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker   on behalf of Creditor   U.S. Bank National Association
               NJ_ECF_Notices@buckleymadole.com
              Steven K. Eisenberg   on behalf of Creditor   Specialized Loan Servicing LLC
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg   on behalf of Creditor   PennyMac Holdings, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              William M. E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: May 31, 2017
                              Form ID: tsntc           Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                                                          TOTAL: 16