UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Elizabeth L. Bancroft, Esq.
Law Offices of Matthew C. Johnston, LLC
19 Park Place
Flanders, NJ 07836
(973) 584-5402
(973) 242-7730 - fax
njbankruptcylaw@att.net

Attorney for Debtor

In Re:

    Louis Farina

Case No.:    _13-18864_____

Chapter:    13

Judge:    __MBK_____

OBJECTION TO SLS'S MOTION FOR RELIEF FROM

STAY.

Elizabeth L. Bancroft, Esq., attorney for the Debtor, Louis Farina, objects to the SLSs Motion for Relief from Stay for the following reasons:

1. SLS has failed to properly account for the payments made by Debtor in its calculation of arrears.

Date: _____6/15/2017_____

/s/ Elizabeth L. Bancroft, Esq._
Signature

*rev.8/1/15*