UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on June 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Louis Farina

| | |
|---|---|
| Case No.: | 13-18864 |
| Hearing Date: | 6/27/2017 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER DENYING MOTION
## FOR SANCTIONS FOR DEBTORS
### ATTORNEY MISCONDUCT FRBP 9011 WITHOUT PREJUDICE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 28, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____5/24_____, 20 17 by _Elizabeth Bancroft_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*