**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on June 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Louis Farina

| | |
|---|---|
| Case No.: | 13-18864 |
| Hearing Date: | 6/27/2017 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER DENYING MOTION
## FOR SANCTIONS FOR DEBTORS
### ATTORNEY MISCONDUCT FRBP 9011 WITHOUT PREJUDICE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 28, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____5/24_____, 20 _17_ by \_\_Elizabeth Bancroft_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 13-18864-MBK
Louis Farina                                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jun 28, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2017.
db              +Louis Farina,    PO Box 4361,    Wayne, NJ 07474-4361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2017 at the address(es) listed below:
              A. Crew Schielke    on behalf of Creditor    Hilltop Farm Condominium Association, Inc.
               crew@crewschielke.com
              Albert Russo    docs@russotrustee.com
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    America's Servicing Company, as servicer Bank of
               America, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
               U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed
               Certificates Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to
               Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Bancroft    on behalf of Debtor Louis Farina njbankruptcylaw@att.net
              Gavin N. Stewart    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
               U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed
               Certificates Series 2007-1 BKNJ@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC
               NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor    U.S. Bank National Association
               NJ_ECF_Notices@buckleymadole.com
              Steven K. Eisenberg    on behalf of Creditor    PennyMac Holdings, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    Specialized Loan Servicing LLC
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              William M. E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 17