Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  13−18864−MBK
          Chapter:  13
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louis Farina
   PO Box 4361
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−5335

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/26/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 27, 2017
JAN: bwj

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 13-18864-MBK
Louis Farina                                                                                    Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0312-3           User: admin                  Page 1 of 3                  Date Rcvd: Jul 27, 2017
                               Form ID: 148                 Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
```
db             +Louis Farina,    PO Box 4361,    Wayne, NJ 07474-4361
cr             +America's Servicing Company, as servicer Bank of A,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +PennyMac Holdings, LLC,    Stern & Eisenberg, PC,    1040 North Kings Highway,    Suite 407,
                 Cherry Hill, NJ  08034,    UNITED STATES 08034-1925
cr              Specialized Loan Servicing LLC,    PO Box 829009,    Dallas, TX  75382-9009
cr             +Specialized Loan Servicing LLC, as servicing agent,    c/o Buckley Madole, P.C.,
                 P.O. Box 22408,    Tampa, FL 33622-2408
513879211     #+Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ 07712-7012
513879210     #+Acb Receivables Mngmt,    Po Box 350,    Asbury Park, NJ 07712-0350
515090582      +BANK OF AMERICA, NATIONAL ASSOCIATION,    Americas Servicing Company,
                 Attention: Bankruptcy Department,    MAC#D3347-014,    3476 Stateview Boulevard,
                 Fort Mill, SC 29715-7203
514148725      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
513879215      +Chilton Hospital,    97 West Parkway,    Pompton Plains, NJ 07444-1696
513879219      +Hilltop Farm Condominium Association,    C/O Crew Schielke, Esq.,    39 Park Place - Suite 204,
                 Englewood, NJ 07631-2918
513946499      +Hilltop Farm Condominium Association, Inc.,    c/o Wilkin Management Group,    45 Whitney Road,
                 Mahwah, New Jersey 07430-3170
514038975       JPMorgan Chase Bank, N.A.,    National Bankrutcy Dept,    P O Box 901032,
                 Ft Worth TX 76101-2032
513879220      +Jamie Kuchuk,    2611 SW 28th Terrace,    Cape Coral, FL 33914-4702
513879221       Nco Fin/55,    Po Box 13570,    Philadelphia, PA  19101
515498824      +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,
                 Bankruptcy Dpt., Fifteen Piedmont Center,    3575 Piedmont Road, N.E., Suite 500,
                 Atlanta, GA 30305-1636
514160512     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: NJ Division of Taxation,    Attn: Bankruptcy Section,    P.O. Box 245,
                 Trenton, NJ 08695)
514091207      +Specialized Loan Servicing, LLC,    Attention Bankruptcy Department,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
513879222      +Specialized Loan Servicing, LLC,    P.O. Box 636005,    Littleton, CO 80163-6005
513879223      +The Law Offices Of Angelo R. Bianchi,    4 York Ave, 2nd Floor,    West Caldwell, NJ 07006-6407
514552126      +U.S. Bank National Association,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
514041817      +Wells Fargo Bank, N.A., AKA Wachovia Mortgage,    a division of Wells Fargo,
                 Attn: Bankruptcy Department,    MAC#  T7416-023,    4101 Wiseman Boulevard,
                 San Antonio, TX 78251-4200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2017 23:31:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2017 23:30:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513879212       EDI: CAPITALONE.COM Jul 27 2017 23:13:00      Cap One,    Po Box 85520,    Richmond, VA  23285
513879213      +EDI: CAPITALONE.COM Jul 27 2017 23:13:00      Cap One,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
513879214      +EDI: CAPITALONE.COM Jul 27 2017 23:13:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
513879217      +EDI: RCSFNBMARIN.COM Jul 27 2017 23:13:00      Credit One Bank,    Po Box 98873,
                 Las Vegas, NV 89193-8873
513879216      +EDI: RCSFNBMARIN.COM Jul 27 2017 23:13:00      Credit One Bank,    Po Box 98875,
                 Las Vegas, NV 89193-8875
513879218      +EDI: AMINFOFP.COM Jul 27 2017 23:13:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
514147549       EDI: RESURGENT.COM Jul 27 2017 23:13:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
514872062       EDI: PRA.COM Jul 27 2017 23:13:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
514872063       EDI: PRA.COM Jul 27 2017 23:13:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
514032586      +E-mail/Text: csidl@sbcglobal.net Jul 27 2017 23:31:16      Premier BankCard/Charter,
                 Post Office Box 2208,    Vacaville, CA 95696-8208
516127884       EDI: USBANKARS.COM Jul 27 2017 23:13:00      U.S. Bank National Association,
                 c/o U.S. Bank Home Mortgage,    A Division of U.S. Bank NA,    4801 Frederica Street,
                 Owensboro, Kentucky 42301
513879224      +EDI: USBANKARS.COM Jul 27 2017 23:13:00      US Bank Home Mortgage,    4801 Frederica Street,
                 Owensboro, KY 42301-7441
513879225      +EDI: VERIZONCOMB.COM Jul 27 2017 23:14:00      Verizon Wirelss,    2000 Corporate Dr,
                 Orangeburg, NY 10962-2624
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Jul 27, 2017
                              Form ID: 148             Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
513879226       +EDI: VERIZONWIRE.COM Jul 27 2017 23:13:00      Vzw Ne,   Attention: Verizon Wireless Department,
                 Po Box 3397,   Bloomington, IL 61702-3397
513879227       +EDI: WFFC.COM Jul 27 2017 23:13:00      Wells Fargo Home Mortgage,   P.O. Box 10335,
                 Des Moines, IA 50306-0335
                                                                                             TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association
514221306*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,   Department of Treasury,
                   Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
516784213*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:  U.S. Bank National Association,   C/O U.S. Bank Home Mortgage,
                   a division of U.S. Bank NA,   4801 Frederica Street,   Owensboro, Kentucky 42301)
                                                                                     TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
```
              A. Crew Schielke    on behalf of Creditor    Hilltop Farm Condominium Association, Inc.
               crew@crewschielke.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    America's Servicing Company, as servicer Bank of
               America, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to
               Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
               U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed
               Certificates Series 2007-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank   National Association
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Elizabeth L. Bancroft    on behalf of Debtor Louis   Farina njbankruptcylaw@att.net
              Gavin N. Stewart    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
               U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed
               Certificates Series 2007-1 BKNJ@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC
               NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor    U.S. Bank National Association
               NJ_ECF_Notices@buckleymadole.com
              Steven K. Eisenberg    on behalf of Creditor    Specialized Loan Servicing LLC
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    PennyMac Holdings, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              William M. E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
```

```
District/off: 0312-3           User: admin              Page 3 of 3              Date Rcvd: Jul 27, 2017
                               Form ID: 148             Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                                           TOTAL: 17