UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Elizabeth L. Bancroft, Esq. (02202003)
Law Offices of Matthew C. Johnston, LLC
19 Park Place
Flanders, NJ 07836
(973) 584-5402
(973) 252-7200 - fax

Attorneys for Debtor

Order Filed on September 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Louis Farina

| | |
|---|---|
| Case Number: | 13-18864 |
| Hearing Date: | 9/5/2017 |
| Judge: | MBK |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 5, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by _____September 5, 2017_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

*new. 7/12/16*