Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  13–18864–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Louis Farina
PO Box 4361
Wayne, NJ 07470

Social Security No.:
xxx–xx–5335

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 7, 2013.

On 9/9/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                    October 24, 2017
Time:                    10:00 AM
Location:              Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.      Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
a written rejection to the modified plan.

2.      Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
of a secure claim, such holders acceptance or rejection of the Plan before modification will
be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
holders acceptance or rejection of the Plan within the time fixed.

3.      **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 11, 2017
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-18864-MBK
Louis Farina                                                              Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Sep 11, 2017
                             Form ID: 185          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2017.
```
db           +Louis Farina,   PO Box 4361,   Wayne, NJ 07474-4361
aty          +MATTHEW C. JOHNSTON,   19 PARK PLACE,   FLANDERS, NJ 07836-9097
cr           +America's Servicing Company, as servicer Bank of A,   Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr           +PennyMac Holdings, LLC,   Stern & Eisenberg, PC,   1040 North Kings Highway,   Suite 407,
               Cherry Hill, NJ 08034,   UNITED STATES 08034-1925
cr            Specialized Loan Servicing LLC,   PO Box 829009,   Dallas, TX 75382-9009
cr           +Specialized Loan Servicing LLC, as servicing agent,   c/o Buckley Madole, P.C.,
               P.O. Box 22408,   Tampa, FL 33622-2408
513879211    #+Acb Receivables Mngmt,   19 Main St,   Asbury Park, NJ 07712-7012
513879210    #+Acb Receivables Mngmt,   Po Box 350,   Asbury Park, NJ 07712-0350
515090582    +BANK OF AMERICA, NATIONAL ASSOCIATION,   Americas Servicing Company,
               Attention: Bankruptcy Department,   MAC#D3347-014,   3476 Stateview Boulevard,
               Fort Mill, SC 29715-7203
513879212    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
514148725    +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,   Norfolk, VA 23541-0907
513879213    +Cap One,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
513879214    +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
513879215    +Chilton Hospital,   97 West Parkway,   Pompton Plains, NJ 07444-1696
513879218    +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
513879219    +Hilltop Farm Condominium Association,   C/O Crew Schielke, Esq.,   39 Park Place - Suite 204,
               Englewood, NJ 07631-2918
513946499    +Hilltop Farm Condominium Association, Inc.,   c/o Wilkin Management Group,   45 Whitney Road,
               Mahwah, New Jersey 07430-3160
514038975     JPMorgan Chase Bank, N.A.,   National Bankrutcy Dept,   P O Box 901032,
               Ft Worth TX  76101-2032
513879220    +Jamie Kuchuk,   2611 SW 28th Terrace,   Cape Coral, FL 33914-4702
513879221     Nco Fin/55,   Po Box 13570,   Philadelphia, PA 19101
515498824    +PennyMac Loan Services, LLC,   c/o Aldridge Connors LLP,
               Bankruptcy Dpt., Fifteen Piedmont Center,   3575 Piedmont Road, N.E., Suite 500,
               Atlanta, GA 30305-1636
514160512    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court: NJ Division of Taxation,   Attn: Bankruptcy Section,   P.O. Box 245,
               Trenton, NJ 08695)
514091207    +Specialized Loan Servicing, LLC,   Attention Bankruptcy Department,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
513879222    +Specialized Loan Servicing, LLC,   P.O. Box 636005,   Littleton, CO 80163-6005
513879223    +The Law Offices Of Angelo R. Bianchi,   4 York Ave, 2nd Floor,   West Caldwell, NJ 07006-6407
514552126    +U.S. Bank National Association,   c/o Zucker Goldberg & Ackerman,
               200 Sheffied Street, Suite 301,   Mountainside, NJ 07092-2315
516127884    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank National Association,   c/o U.S. Bank Home Mortgage,
               A Division of U.S. Bank NA,   4801 Frederica Street,   Owensboro, Kentucky 42301)
513879224    +US Bank Home Mortgage,   4801 Frederica Street,   Owensboro, KY 42301-7441
513879225    +Verizon Wirelss,   2000 Corporate Dr,   Orangeburg, NY 10962-2624
513879226    +Vzw Ne,   Attention:  Verizon Wireless Department,   Po Box 3397,   Bloomington, IL 61702-3397
514041817    +Wells Fargo Bank, N.A., AKA Wachovia Mortgage,   a division of Wells Fargo,
               Attn: Bankruptcy Department,   MAC#  T7416-023,   4101 Wiseman Boulevard,
               San Antonio, TX 78251-4200
513879227    +Wells Fargo Home Mortgage,   P.O. Box 10335,   Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2017 00:28:25   U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2017 00:28:23   United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
513879217    +E-mail/PDF: creditonebknotifications@resurgent.com Sep 12 2017 00:36:35   Credit One Bank,
               Po Box 98873,   Las Vegas, NV 89193-8873
513879216    +E-mail/PDF: creditonebknotifications@resurgent.com Sep 12 2017 00:36:22   Credit One Bank,
               Po Box 98875,   Las Vegas, NV 89193-8875
514147549     E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2017 00:36:22
               LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
514872062     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2017 00:36:24
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
514872063     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2017 00:36:38
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541,
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
514032586    +E-mail/Text: csidl@sbcglobal.net Sep 12 2017 00:28:43   Premier BankCard/Charter,
               Post Office Box 2208,   Vacaville, CA 95696-8208
                                                                            TOTAL: 8
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Sep 11, 2017
                              Form ID: 185             Total Noticed: 40


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association
514221306*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,   Department of Treasury,
                 Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
516784213*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:  U.S. Bank National Association,   C/O U.S. Bank Home Mortgage,
                 a division of U.S. Bank NA,   4801 Frederica Street,   Owensboro, Kentucky 42301)
                                                                         TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2017 at the address(es) listed below:
          A. Crew Schielke   on behalf of Creditor   Hilltop Farm Condominium Association, Inc.
          crew@crewschielke.com
          Albert Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert Russo   docs@russotrustee.com
          Albert Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Andrew L. Spivack   on behalf of Creditor   America's Servicing Company, as servicer Bank of
          America, N.A. nj.bkecf@fedphe.com
          Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, as Trustee relating to
          Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent for
          U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed
          Certificates Series 2007-1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association
          bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Gavin N. Stewart   on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent for
          U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed
          Certificates Series 2007-1 BKNJ@buckleymadole.com
          Melissa N. Licker   on behalf of Creditor   Specialized Loan Servicing LLC
          NJ_ECF_Notices@buckleymadole.com
          Melissa N. Licker   on behalf of Creditor   U.S. Bank National Association
          NJ_ECF_Notices@buckleymadole.com
          Steven K. Eisenberg   on behalf of Creditor   Specialized Loan Servicing LLC
          bkecf@sterneisenberg.com,
          jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          Steven K. Eisenberg   on behalf of Creditor   PennyMac Holdings, LLC bkecf@sterneisenberg.com,
          jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
          William M. E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                         TOTAL: 16
```