|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |  |
| **Caption in compliance with D.J.N LBR 9004-2(c)**<br>**LAW OFFICES OF CREW SCHIELKE, LLC**<br>Attorneys for Hilltop Farm Condominium Association, Inc.<br>70 Park Street, Suite 209<br>Montclair, New Jersey 07042<br>(973) 618-1700 (main)<br>(201) 500-5490 (direct)<br>(201) 608-0277 (fax)<br>crew@crewschielke.com (email)<br>A. Crew Schielke, Esq. (AS-6410) | **Order Filed on October 2, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |

| In Re:<br><br>　　　　Louis Farina<br>　　　　　　　　　　　　Debtor. | Chapter 13<br>Case No.: 13-18864-MBK<br><br>Judge: Michael B. Kaplan |
|---|---|

**JUDGMENT GRANTING APPLICATION TO COLLECT POST-PETITION ATTORNEYS' FEES AND OTHER RECOVERABLE ASSESSMENTS**

The relief set forth on the following page is hereby **ORDERED**

**DATED: October 2, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael B. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Page 2

Debtor: Louis Farina
Case No.: 13-18864-MBK
Caption of Order: **JUDGMENT GRANTING APPLICATION TO COLLECT POST-PETITION ATTORNEYS' FEES AND OTHER RECOVERABLE ASSESSMENTS**

THIS MATTER having been opened to the Court upon the motion of Hilltop Farm Condominium Association, Inc. ("Movant"), for an order granting application to collect post-petition attorneys' fees and other recoverable assessments, and for good cause shown for the entry of this Order, it is hereby ordered that:

1. Movant's application to collect post-petition attorneys' fees and other recoverable assessments is hereby granted;

2. Judgment is hereby entered in favor of Movant and against Debtor in the amount of $4,515.00;

3. Debtor shall file an amended bankruptcy plan incorporating payment of this Judgment by no later than  30 days from the entry of this order.

4. Debtor shall remain obligated to pay all regularly assessed monthly maintenance fees and additional late fees or other recoverable amounts that may be imposed on account of Debtor's default and/or delinquency as provided by the for by the condominium's governing documents.

5. Movant shall not be entitled to recover any additional legal fees for collection of any amounts due from Debtor unless Debtor defaults under his bankruptcy plan and/or fails to secure confirmation of an amended bankruptcy plan incorporating payment of this Judgment.