| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in compliance with D.J.N LBR 9004-2(c)**<br>**LAW OFFICES OF CREW SCHIELKE, LLC**<br>Attorneys for Hilltop Farm Condominium Association, Inc.<br>70 Park Street, Suite 209<br>Montclair, New Jersey 07042<br>(973) 618-1700 (main)<br>(201) 500-5490 (direct)<br>(201) 608-0277 (fax)<br>crew@crewschielke.com (email)<br>A. Crew Schielke, Esq. (AS-6410) | Order Filed on October 2, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>            Louis Farina<br>                          Debtor. | Chapter 13<br>Case No.: 13-18864-MBK<br><br>Judge: Michael B. Kaplan |

**JUDGMENT GRANTING APPLICATION TO COLLECT POST-PETITION ATTORNEYS' FEES AND OTHER RECOVERABLE ASSESSMENTS**

The relief set forth on the following page is hereby **ORDERED**

**DATED: October 2, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor: Louis Farina
Case No.: 13-18864-MBK
Caption of Order: **JUDGMENT GRANTING APPLICATION TO COLLECT POST-PETITION ATTORNEYS' FEES AND OTHER RECOVERABLE ASSESSMENTS**

     THIS MATTER having been opened to the Court upon the motion of Hilltop Farm Condominium Association, Inc. ("Movant"), for an order granting application to collect post-petition attorneys' fees and other recoverable assessments, and for good cause shown for the entry of this Order, it is hereby ordered that:

1. Movant's application to collect post-petition attorneys' fees and other recoverable assessments is hereby granted;

2. Judgment is hereby entered in favor of Movant and against Debtor in the amount of $4,515.00;

3. Debtor shall file an amended bankruptcy plan incorporating payment of this Judgment by no later than  30 days from the entry of this order.

4. Debtor shall remain obligated to pay all regularly assessed monthly maintenance fees and additional late fees or other recoverable amounts that may be imposed on account of Debtor's default and/or delinquency as provided by the for by the condominium's governing documents.

5. Movant shall not be entitled to recover any additional legal fees for collection of any amounts due from Debtor unless Debtor defaults under his bankruptcy plan and/or fails to secure confirmation of an amended bankruptcy plan incorporating payment of this Judgment.

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-18864-MBK
Louis Farina                                                              Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 02, 2017
                   Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.
db         +Louis Farina,    PO Box 4361,    Wayne, NJ 07474-4361
aty        +MATTHEW C. JOHNSTON,    19 PARK PLACE,    FLANDERS, NJ 07836-9097

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:
      A. Crew  Schielke    on behalf of Creditor    Hilltop Farm Condominium Association, Inc.
       crew@crewschielke.com
      Albert  Russo    docs@russotrustee.com
      Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Andrew L. Spivack    on behalf of Creditor    America's Servicing Company, as servicer Bank of
       America, N.A. nj.bkecf@fedphe.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to
       Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
       U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed
       Certificates Series 2007-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association
       bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
      Gavin N. Stewart    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
       U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed
       Certificates Series 2007-1 BKNJ@buckleymadole.com
      Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC
       NJ_ECF_Notices@buckleymadole.com
      Melissa N. Licker    on behalf of Creditor    U.S. Bank National Association
       NJ_ECF_Notices@buckleymadole.com
      Steven K. Eisenberg    on behalf of Creditor    PennyMac Holdings, LLC bkecf@sterneisenberg.com,
       jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
      Steven K. Eisenberg    on behalf of Creditor    Specialized Loan Servicing LLC
       bkecf@sterneisenberg.com,
       jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
      William M. E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
      William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                    TOTAL: 16