Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 13–18864–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Louis Farina
  PO Box 4361
  Wayne, NJ 07470

Social Security No.:
  xxx–xx–5335

Employer's Tax I.D. No.:

---

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/17/2017 and a confirmation hearing on such Plan has been scheduled for 10/24/2017 at 10:00 am.

The debtor filed a Modified Plan on 10/27/2017 and a confirmation hearing on the Modified Plan is scheduled for 11/28/2017 at 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 30, 2017
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-18864-MBK
Louis Farina                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Oct 30, 2017
                              Form ID: 186             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2017.
```
db             +Louis Farina,    PO Box 4361,    Wayne, NJ 07474-4361
aty            +MATTHEW C. JOHNSTON,    19 PARK PLACE,    FLANDERS, NJ 07836-9097
cr             +America's Servicing Company, as servicer Bank of A,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +PennyMac Holdings, LLC,    Stern & Eisenberg, PC,    1040 North Kings Highway,    Suite 407,
                 Cherry Hill, NJ 08034,    UNITED STATES 08034-1925
cr              Specialized Loan Servicing LLC,    PO Box 829009,    Dallas, TX 75382-9009
cr             +Specialized Loan Servicing LLC, as servicing agent,     c/o Buckley Madole, P.C.,
                 P.O. Box 22408,    Tampa, FL 33622-2408
513879211      #+Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ 07712-7012
513879210      #+Acb Receivables Mngmt,    Po Box 350,    Asbury Park, NJ 07712-0350
515090582      +BANK OF AMERICA, NATIONAL ASSOCIATION,    Americas Servicing Company,
                 Attention: Bankruptcy Department,    MAC#D3347-014,    3476 Stateview Boulevard,
                 Fort Mill, SC 29715-7203
513879212     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
514148725      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
513879213      +Cap One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
513879214      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
513879215      +Chilton Hospital,    97 West Parkway,    Pompton Plains, NJ 07444-1696
513879218      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
513879219      +Hilltop Farm Condominium Association,    C/O Crew Schielke, Esq.,    39 Park Place - Suite 204,
                 Englewood, NJ 07631-2918
513946499      +Hilltop Farm Condominium Association, Inc.,    c/o Wilkin Management Group,    45 Whitney Road,
                 Mahwah, New Jersey 07430-3160
514038975       JPMorgan Chase Bank, N.A.,    National Bankrutcy Dept,    P O Box 901032,
                 Ft Worth TX 76101-2032
513879220      +Jamie Kuchuk,    2611 SW 28th Terrace,    Cape Coral, FL 33914-4702
513879221       Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
515498824      +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,
                 Bankruptcy Dpt., Fifteen Piedmont Center,    3575 Piedmont Road, N.E., Suite 500,
                 Atlanta, GA 30305-1636
514160512     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: NJ Division of Taxation,    Attn: Bankruptcy Section,    P.O. Box 245,
                 Trenton, NJ 08695)
514091207      +Specialized Loan Servicing, LLC,    Attention Bankruptcy Department,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
513879222      +Specialized Loan Servicing, LLC,    P.O. Box 636005,    Littleton, CO 80163-6005
513879223      +The Law Offices Of Angelo R. Bianchi,    4 York Ave, 2nd Floor,    West Caldwell, NJ 07006-6407
514552126      +U.S. Bank National Association,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
516127884     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: U.S. Bank National Association,    c/o U.S. Bank Home Mortgage,
                 A Division of U.S. Bank NA,    4801 Frederica Street,    Owensboro, Kentucky 42301)
513879224      +US Bank Home Mortgage,    4801 Frederica Street,    Owensboro, KY 42301-7441
513879225      +Verizon Wirelss,    2000 Corporate Dr,    Orangeburg, NY 10962-2624
513879226      +Vzw Ne,    Attention: Verizon Wireless Department,    Po Box 3397,    Bloomington, IL 61702-3397
514041817      +Wells Fargo Bank, N.A., AKA Wachovia Mortgage,    a division of Wells Fargo,
                 Attn: Bankruptcy Department,    MAC#  T7416-023,    4101 Wiseman Boulevard,
                 San Antonio, TX 78251-4200
513879227      +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 30 2017 22:50:21      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 30 2017 22:50:18      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513879217      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 30 2017 22:59:52      Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
513879216      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 30 2017 22:54:14      Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
514147549       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 30 2017 22:59:52
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
514872062       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2017 23:00:03
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
514872063       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2017 22:59:55
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
514032586      +E-mail/Text: csidl@sbcglobal.net Oct 30 2017 22:50:46      Premier BankCard/Charter,
                 Post Office Box 2208,    Vacaville, CA 95696-8208
                                                                                              TOTAL: 8
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Oct 30, 2017
                               Form ID: 186             Total Noticed: 40


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association
514221306*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516784213*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:   U.S. Bank National Association,    C/O U.S. Bank Home Mortgage,
                 a division of U.S. Bank NA,    4801 Frederica Street,    Owensboro, Kentucky 42301)
                                                                                             TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2017 at the address(es) listed below:
              A. Crew Schielke    on behalf of Creditor    Hilltop Farm Condominium Association, Inc.
               crew@crewschielke.com
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    America's Servicing Company, as servicer Bank of
               America, N.A. nj.bkecf@fedphe.com
              Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to
               Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
               U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed
               Certificates Series 2007-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Gavin N. Stewart    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
               U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed
               Certificates Series 2007-1 BKNJ@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC
               NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor    U.S. Bank National Association
               NJ_ECF_Notices@buckleymadole.com
              Steven K. Eisenberg    on behalf of Creditor    Specialized Loan Servicing LLC
               bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              Steven K. Eisenberg    on behalf of Creditor    PennyMac Holdings, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              William M. E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 17