UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Specialized Loan Servicing, LLC, et al



**Order Filed on December 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Louis Farina,

Debtor.

Case No.: 13-18864-MBK

Adv. No.:

Hearing Date: 7/25/2017 @ 9:00 a.m..

Judge: Michael B. Kaplan

### ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 12, 2017**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Louis Farina
Case No: 13-18864-MBK
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Specialized Loan Servicing, LLC, as servicing agent for U.S. Bank National Association, as Trustee relating Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 14 Old Newark Pompton, Wayne, NJ 07470, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Matthew Johnson, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of July 25, 2017, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due May 1, 2017 through July 1, 2017 for a total post-petition default of $4,854.98 (3 @ $1,715.83 less suspense balance of $292.51); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $4,854.98 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2017, directly to Secured Creditor outside of the plan (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and  DECREED** that Debtor shall modify plan accordingly;

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Louis Farina  
    Debtor

Case No. 13-18864-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Dec 13, 2017  
                   Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.  
db        +Louis Farina,   PO Box 4361,   Wayne, NJ 07474-4361  
aty       +MATTHEW C. JOHNSTON,   19 PARK PLACE,   FLANDERS, NJ 07836-9097

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:

      A. Crew Schielke   on behalf of Creditor   Hilltop Farm Condominium Association, Inc. crew@crewschielke.com  
      Albert   Russo   docs@russotrustee.com  
      Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com  
      Albert   Russo (NA)   on behalf of Trustee Albert   Russo docs@russotrustee.com  
      Andrew L. Spivack   on behalf of Creditor   America's Servicing Company, as servicer Bank of America, N.A. nj.bkecf@fedphe.com  
      Charles G. Wohlrab   on behalf of Creditor   Wells Fargo Bank, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com  
      Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Denise E. Carlon   on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
      Gavin N. Stewart   on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 BKNJ@buckleymadole.com  
      Melissa N. Licker   on behalf of Creditor   Specialized Loan Servicing LLC NJ_ECF_Notices@buckleymadole.com  
      Melissa N. Licker   on behalf of Creditor   U.S. Bank National Association NJ_ECF_Notices@buckleymadole.com  
      Steven K. Eisenberg   on behalf of Creditor   Specialized Loan Servicing LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com  
      Steven K. Eisenberg   on behalf of Creditor   PennyMac Holdings, LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com  
      William M. E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
      William M.E. Powers   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
      William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                                                                                                         TOTAL: 17