Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13−18864−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louis Farina
   PO Box 4361
   Wayne, NJ 07470

Social Security No.:
   xxx−xx−5335

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐    Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: August 21, 2018
JAN: gan

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-18864-MBK
Louis Farina                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin              Page 1 of 3        Date Rcvd: Aug 21, 2018
                          Form ID: cscnodsc        Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2018.
```
db            +Louis Farina,    PO Box 4361,    Wayne, NJ  07474-4361
aty           +MATTHEW C. JOHNSTON,    19 PARK PLACE,    FLANDERS, NJ 07836-9097
cr            +America's Servicing Company, as servicer Bank of A,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +PennyMac Holdings, LLC,    Stern & Eisenberg, PC,    1040 North Kings Highway,    Suite 407,
                Cherry Hill, NJ  08034,    UNITED STATES 08034-1925
cr             Specialized Loan Servicing LLC,    PO Box 829009,    Dallas, TX  75382-9009
cr            +Specialized Loan Servicing LLC, as servicing agent,    c/o Buckley Madole, P.C.,
                P.O. Box 22408,    Tampa, FL 33622-2408
515090582     +BANK OF AMERICA, NATIONAL ASSOCIATION,    Americas Servicing Company,
                Attention: Bankruptcy Department,    MAC#D3347-014,    3476 Stateview Boulevard,
                Fort Mill, SC 29715-7203
514148725     +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
513879215     +Chilton Hospital,    97 West Parkway,    Pompton Plains, NJ 07444-1696
513879218     +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
513879219     +Hilltop Farm Condominium Association,    C/O Crew Schielke, Esq.,    39 Park Place - Suite 204,
                Englewood, NJ 07631-2918
513946499     +Hilltop Farm Condominium Association, Inc.,    c/o Wilkin Management Group,    45 Whitney Road,
                Mahwah, New Jersey 07430-3160
514038975      JPMorgan Chase Bank, N.A.,    National Bankrutcy Dept,    P O Box 901032,
                Ft Worth  TX  76101-2032
513879220     +Jamie Kuchuk,    2611 SW 28th Terrace,    Cape Coral, FL 33914-4702
513879221      Nco Fin/55,    Po Box 13570,    Philadelphia, PA  19101
515498824     +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,
                Bankruptcy Dpt., Fifteen Piedmont Center,    3575 Piedmont Road, N.E., Suite 500,
                Atlanta, GA 30305-1636
514160512    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: NJ Division of Taxation,    Attn: Bankruptcy Section,    P.O. Box 245,
                Trenton, NJ 08695)
514091207     +Specialized Loan Servicing, LLC,    Attention Bankruptcy Department,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
513879222     +Specialized Loan Servicing, LLC,    P.O. Box 636005,    Littleton, CO 80163-6005
513879223     +The Law Offices Of Angelo R. Bianchi,    4 York Ave, 2nd Floor,    West Caldwell, NJ 07006-6407
514552126     +U.S. Bank National Association,    c/o Zucker Goldberg & Ackerman,
                200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
517274886     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516127884    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank National Association,    c/o U.S. Bank Home Mortgage,
                A Division of U.S. Bank NA,    4801 Frederica Street,    Owensboro, Kentucky 42301)
513879224     +US Bank Home Mortgage,    4801 Frederica Street,    Owensboro, KY 42301-7441
514041817     +Wells Fargo Bank, N.A., AKA Wachovia Mortgage,    a division of Wells Fargo,
                Attn: Bankruptcy Department,    MAC#  T7416-023,    4101 Wiseman Boulevard,
                San Antonio, TX 78251-4200
513879227     +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2018 23:34:34    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2018 23:34:31    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
513879212      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 21 2018 23:40:51    Cap One,
                Po Box 85520,    Richmond, VA  23285
513879213     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 21 2018 23:41:48    Cap One,
                26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
513879214     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 21 2018 23:41:19    Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
513879217     +E-mail/PDF: creditonebknotifications@resurgent.com Aug 21 2018 23:41:26    Credit One Bank,
                Po Box 98873,    Las Vegas, NV 89193-8873
513879216     +E-mail/PDF: creditonebknotifications@resurgent.com Aug 21 2018 23:41:28    Credit One Bank,
                Po Box 98875,    Las Vegas, NV 89193-8875
514147549      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2018 23:41:00
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
514872062      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 22 2018 00:03:02
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
514872063      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 22 2018 00:03:11
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
514032586     +E-mail/Text: csidl@sbcglobal.net Aug 21 2018 23:34:57    Premier BankCard/Charter,
                Post Office Box 2208,    Vacaville, CA 95696-8208
```

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: Aug 21, 2018
                              Form ID: cscnodsc        Total Noticed: 39

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513879225         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 21 2018 23:33:25
                   Verizon Wirelss,   2000 Corporate Dr,   Orangeburg, NY 10962-2624
513879226         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 21 2018 23:33:25
                   Vzw Ne,   Attention: Verizon Wireless Department,   Po Box 3397,   Bloomington, IL 61702-3397
                                                                                                 TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               U.S. Bank National Association
514221306*       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                   TRENTON NJ 08646-0245
                   (address filed with court:  State of New Jersey,   Department of Treasury,
                   Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
516784213*       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                   (address filed with court:  U.S. Bank National Association,   C/O U.S. Bank Home Mortgage,
                   a division of U.S. Bank NA,   4801 Frederica Street,   Owensboro, Kentucky 42301)
513879210        ##+Acb Receivables Mngmt,   Po Box 350,   Asbury Park, NJ 07712-0350
513879211        ##+Acb Receivables Mngmt,   19 Main St,   Asbury Park, NJ 07712-7012
                                                                                 TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2018 at the address(es) listed below:
          A. Crew Schielke    on behalf of Creditor    Hilltop Farm Condominium Association, Inc.
           crew@crewschielke.com
          Albert Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert Russo     docs@russotrustee.com
          Albert Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    America's Servicing Company, as servicer Bank of
           America, N.A. nj.bkecf@fedphe.com
          Charles G. Wohlrab    on behalf of Creditor    Wells Fargo Bank, N.A. cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to
           Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
           U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed
           Certificates Series 2007-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association
           bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
          Gavin N. Stewart    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for
           U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed
           Certificates Series 2007-1 BKNJ@buckleymadole.com
          Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC
           NJ_ECF_Notices@buckleymadole.com
          Melissa N. Licker    on behalf of Creditor    U.S. Bank National Association
           NJ_ECF_Notices@buckleymadole.com
          Steven K. Eisenberg    on behalf of Creditor    Specialized Loan Servicing LLC
           bkecf@sterneisenberg.com,
           jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
```

```
District/off: 0312-3           User: admin             Page 3 of 3            Date Rcvd: Aug 21, 2018
                               Form ID: cscnodsc       Total Noticed: 39


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Steven K. Eisenberg    on behalf of Creditor    PennyMac Holdings, LLC bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              William M. E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                   TOTAL: 17
```